

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2019

No. 04-19-00458-CV

Frederick Stanton **DUNCAN,**
Appellant

v.

Shanna Nicole **DUNCAN,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18794
Honorable David A. Canales, Judge Presiding

# O R D E R

On October 30, 2019, Brandon R. Lopez, attorney of record for Appellant Frederick Stanton Duncan, filed a Motion to Withdraw as Counsel. The motion substantially complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5.

Counsel's motion to withdraw is GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court